# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF

vs.                    4:03CR00148-001  SWW

KEITH THOMAS                           DEFENDANT

## <u>ORDER</u>

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  The Court found defendant to be in violation of conditions of supervised release and directs that this matter should be continued for a period of 60 days.

The defendant is ordered to resume participation in the Moral Reconation Therapy (MRT) for substance abuse under the guidance and supervision of the U.S. Probation Office.

Because Defendant is currently not employed, suffers from medical problems, and has applied for disability compensation, he may substitute community service for the employment requirement under the guidance and supervision of the U.S. Probation Office.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect.

Defendant is reminded that if he violates the conditions of his supervised release prior to the end of the 60-day period, a revocation hearing may be scheduled immediately.

The revocation hearing is scheduled ***TUESDAY, JULY 29, 2014 AT 10:30 A.M.*** in Courtroom #389.

IT IS SO ORDERED this 9th  day of May,  2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE