# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                              NO. 4:03CR00148-001 SWW

KEITH THOMAS                                                                  DEFENDANT

## ORDER

The above entitled cause came on for hearing July 9, 2014 on the government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke supervised release [doc #72] is *granted* and the supervised release previously granted this defendant, hereby, is *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a *term of imprisonment of TWELVE (12) MONTHS AND ONE (1) DAY* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Forrest City, Arkansas and participate in residential or non-residential substance abuse treatment and mental health counseling during incarceration.

There will be *ONE (1) YEAR of supervised release* following the term of incarceration. All general and standard conditions of supervised release previously imposed remain in full force and effect which include the following special conditions:

1. Defendant shall abstain from the use of alcohol throughout the course of

supervision.

2. Defendant shall participate in mental health counseling, if necessary, under the guidance and supervision of the U.S. Probation Office.

3. Defendant shall participate in some type of self-help programs such as AA or NA under the guidance and supervision of the U. S. Probation Office.

4. Defendant shall perform 150 hours of community service during the first 6 months of supervised release under the guidance and supervision of the probation officer.

The defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 10th day of July 2014.

/s/Susan Webber Wright

United States District Judge