**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                         NO.  4:03CR00148-001 SWW

KEITH THOMAS

**AMENDED JUDGMENT**

The Court entered a Judgment for revocation of supervised release on March 31, 2016 [doc #93] and recommended that defendant, Keith Thomas, received credit for time spent in the Pulaski County Jail since February 22, 2016.  The Court has been advised that defendant was arrested on February 19, 2016.

IT IS THEREFORE ORDERED that the Court recommends that defendant, Keith Thomas, received credit for time spent in the Pulaski County Jail since February 19, 2016.

All other conditions previously imposed shall continue and remain in full force and effect.

IT IS SO ORDERED this 14th day of April 2016.

/s/Susan Webber Wright

United States District Judge